Bernard M. Hansen, Esq. (Cal. Bar No. 115751)
3465 Camino Del Rio South, Suite 250
San Diego, CA 92108-3905
(619) 283-3371
Facsimile (619) 282-8900
bernardmhansen@sbcglobal.net

Attorney for David Kahn, Trustee
of the David Kahn Trust

FILED KD
2008 JUN 20 PM 1:37
CLERK
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DAVID KEITH MARTZ<br>and LYDIA PECEVICH YETTER<br>                                    Debtor. | CASE NO. 08-02366-M7<br><br>REQUEST FOR SPECIAL NOTICE AND INCLUSION IN LIST OF CREDITORS AND INTERESTED PARTIES |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF CALIFORNIA, NANCY L. WOLF, TRUSTEE, THE DEBTOR AND ITS ATTORNEYS OF RECORD AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, David Kahn, Trustee of the David Kahn Trust (referred to as the "Party") hereby requests all notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings and documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Fed. R. Bankr. P. 2002, be served on Party's attorney as follows:

>Bernard M. Hansen, Esq.
>3465 Camino Del Rio South, Suite 250
>San Diego, CA 92108-3905

In addition, the Party requests that Party's attorney be added to the Master Mailing List in this case.

1

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of the within Party's:

(a) Rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

(b) Rights to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Rights to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which Party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: 6-13-08

Bernard M. Hansen,
Attorney for David Kahn, Trustee
of the David Kahn Trust

# PROOF OF SERVICE

*In re Hogge*
Case No. 03-07174-H7, U.S.B.C. (S.D. Cal.)

I, Bernard M. Hansen, certify and declare that I am a citizen of the United States, over the age of eighteen (18) years and not a party to the within action.

On October 6, 2003, I served the following document(s):

**REQUEST FOR SPECIAL NOTICE AND INCLUSION IN LIST OF CREDITORS AND INTERESTED PARTIES**

on the addressee(s) listed below by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Encinitas, California, addressed as follows:

Thomas B. Gorrill, Esq.
401 West A Street, Ste. 1770
San Diego, CA 92101

United States Trustee
Southern District of California
402 W. Broadway, Suite 600
San Diego, CA 92101

I certify I am a member of the bar of this court. Executed on October 6, 2003 at Encinitas, California.

/s/ Bernard M. Hansen
Bernard M. Hansen