CSD 1100 [09/26/06]
Name, Address, Telephone No. & I.D. No.

Martin A. Eliopulos, Esq. 149299
401 West A Street Suite 2600
San Diego, CA 92101
(619) 236-1551
149299

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**David Keith Martz**
**Lydia Pecevich Yetter**

BANKRUPTCY NO. **08-02366**

Debtor.

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Petition
- [ ] Exhibit A to Voluntary Petition
- [ ] Exhibit C to Voluntary Petition
- [ ] Exhibit D - Individual Statement of Compliance with Credit Counseling
- [ ] Summary of Schedules
- [ ] Statistical Summary of Certain Liabilities and Related Data
- [x] Schedule A & B - Schedule of Real or Personal Property
- [ ] Schedule C - Schedule of Property Claimed Exempt
- [ ] Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - [ ] Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $26.00 fee required. See instructions on reverse side.
    - [ ] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule G - Schedule of Executory Contracts & Expired Leases
- [ ] Schedule H - Schedule of Co-Debtor
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditure of Individual Debtor(s)
- [ ] Statement of Financial Affairs
- [ ] Statement of Current Monthly Income and Means Test Calculation (Form B22A)
- [ ] Statement of Current Monthly Income (Form B22B)
- [ ] Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated:   January 8, 2010                            Signature   **/s/ Martin A. Eliopulos, Esq.**
                                                                Attorney for Debtor

### DECLARATION OF DEBTOR

I [We]   **David Keith Martz**   and   **Lydia Pecevich Yetter**  , the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of ___ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated:   January 8, 2010           **/s/ David Keith Martz**                    **/s/ Lydia Pecevich Yetter**
                                   Debtor                                        Joint Debtor

CSD 1100 (Page 2) [09/26/06]

## INSTRUCTIONS

A.  Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.
  1. Before each entry, specify the purpose of the amendment by inserting:
     a. "ADDED," if the information was missing from the previous document filed; or
     b. "CORRECTED," if the information modifies previously listed information; or
     c. "DELETED," if previously listed information is to be removed.
  2. At the bottom of each page, insert the word "AMENDED."
  3. Attach all pages to the cover page and, if a Chapter 7, 11, or 12 case, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. If a Chapter 13 case, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on January 8, 2010, I served a true copy of the within AMENDMENT by [describe here mode of service]

on the following persons [set forth name and address of each person served] and as checked below:

☒ Chpt. 7 Trustee: **Nancy L. Wolf, P.O. Box 420448, San Diego, CA 92142-0448, E-mail: nwolf@epitrustee.com, Phone: (619)239-9653, Fax: (858)279-9610**

| ☒ For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  January 8, 2010
(Date)

/s/ Martin A. Eliopulos, Esq.
Martin A. Eliopulos, Esq. 149299
Higgs Fletcher & Mack LLP
401 West A Street Suite 2600
San Diego, CA 92101
Address

CSD 1100

B6B (Official Form 6B) (12/07) - Cont.

In re  David Keith Martz,
       Lydia Pecevich Yetter
                                                                 Case No.  08-02366
                              Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims for Alter Ego, Intentional Misrepresentation, Negligent Misrepresentation, False Representation, Fraud in the Inducement, Fraud, Conspiracy to Commit Fraud, Conspiracy, Interference with Free Trade, Interference with Business Contract, Breach of Fiduciary Duty, Conversion, Imposition of Constructive Trust, Breach of Contract, Negligence, Intentional Infliction of Emotional Distress, Breach of Fiduciary Duties, Fraud by Non-Disclosure and Concealment, Professional Negligence Malpractice and Breach of Contract<br><br>Against<br><br>Patrick W. Bradley, Randall James Auve, Kalena Auve, William J. Chadwick, Steve Roth, Tammi Roth, Michael Wayne Daniel, Jeffrey Raymond Seifert, James F. Mitchell, Michael Wayne Daniel, MSD, LLC, J.S. Plastering, Inc., Gary Quackenbush | C | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |

(Stamp on page: ADDED)

                                                            Sub-Total >        0.00
                                                         (Total of this page)

Sheet  2  of  3   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy